**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **Paula Billyard** | **CA 08-136ML** |
| **Jenifer Pont** | **CA 08-203ML** |
| **Vicki Pole** | **CA 08-204ML** |
| **Donald Bell, et al** | **CA 08-209ML** |
| **Nita Faye Jowers** | **CA 08-210ML** |

**V.**

**Davol, Inc.**
**C.R. Bard, Inc.**

**ORDER**

**The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-10 as well as any additional Practice and Procedure Orders entered by the Court in the future.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**~~May~~ 2, 2008**
June